

# United States District Court
### Eastern District of North Carolina
### Western Division

## Case No. _____

(To be filled out by Clerk's Office only)

*DANiell Blaine Parsons*

_____

(*In the space above enter the full name(s) of the plaintiff(s).*)

Inmate Number _O778324_

## COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?
- ☑ Yes
- ☐ No

-against-

*N. C. Prison officials of. WAKe co.*
*Also Sourrounding N.C. Prision officials*
*Namely T.A.R.C. Staff "Division" as*
*well as F.T.A.R.C. Staff*

(*In the space above enter the name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.*)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- ☑  42 U.S.C. § 1983 (state, county, or municipal defendants)

- ☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- ☐  Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

DANiell Blaine Parsons
Name

0778324
Prisoner ID #

Scotland Prison.
Place of Detention

S.C.I. 4860
Institutional Address

Laurinburg                    N.C.                    28352
City                          State                   Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☐  Pretrial detainee   ☑ State   ☐ Federal
- ☐  Civilly committed detainee
- ☐  Immigration detainee
- ☐  Convicted and sentenced state prisoner
- ☐  Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: _All Defendants are N.C._
Name

_Prison officials_
Current Job Title

_831 West Morgan St._
Current Work Address

_Raleigh_          _N.C._          _27611_
City                State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                              State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                              State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## V.  STATEMENT OF CLAIM

Place(s) of occurrence: _N.C. Prisons_

Date(s) of occurrence: _2017 To 2023._

State which of your federal constitutional or federal statutory rights have been violated:

_Eighth Amendment Etc._

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

In 2016 N.C. prison officials captain; "Mh" Moore of L.C.I. stated she wanted me tested for Gender dysphoria which qualifies as serious medical need. Prison officials deemed i suffered from gender dysphoria and they wanted to place me on daily femal hormens. But i wanted needed Gender Confirmation surgery. they informed me if i took the hormens for two years daily. The prison would grint me the surgery. I glosly agreed. Nov 2017. I statted treatmont only after U.N.C. Endocrinologist agreed i needed treatmont. It is now Nov 023. I still have not received the surgery and in the course of 7 years I've morphed. I now have perment 3B-B Female breast Female hips & Hiin smell my body has changed in ways i cont define. I've been roped, sexialy assualted, physical assoalted, herassed. not having the surgy has made my mental

health worker. I was sexually assaulted "again" by prison staff Dec,021. Assaulted Raped by inmate between June 021 Aug 022. All why being N.C. Prisoner. Since i started treatment i have had more then three Endocrinologist MD of U.N.C. Recomend Gender confirmation Surgery. But N.C. Prison staff choose a cheper method to treat my gender dysphoria & the method does not work. It has coused more harm to my mental health as well as physical health. This is inflicting pain daily & persecution. Prison officials not only denie me gender confirmation surgery. But everything the endocronologist's order for my treatment except The Estrogen & male hormon Blocker. prison officials force me into total segregation in order for males not to rape me. Prison officials do not help me. But retaliate agonst me for retalizing the P.R.E.A. Federal law. They do not follow their law nor there policy in managing Transgeders Not just me but all the Transgenders Female in male prison alico. My diagnosis of gender dysphoria Couses me physical & emotional pain. There is numerous documentation from me & Doctors of my attempts to get gender confirmation surgery since 2018. prison officials were indeifferent to my medical needs. R naiming ONE custody staff who sat on the E.T.A.C. Board mr. Warden Ken Beaver. was the only one worried about the outcome of my life in a male prison after i morphed - Became more femenen. Staff therefore Knew the end outcome of daily hormon user

But did not cure. Daily I'm taunted by prison staff that knowingly do not follow there policy & call me male pronouns. Even thou i do not look like a mon. Last of the policy calls for me to be housed in cell 1 or 2. In view of custody staff, & camra. But in always housed in middle or back of Block. Not just me. But others trans Female to on. Aug 31, 023. Warden mr. Gray of Mowy 4825 - Stated to me on camras "I'm not moving a gang member just so i can house you up front because you want to wear a 5X's to prison officials lied to me. They put me on hormons. thus if they dont give me bottom gender confirmtin surgery then i am permintly damage. I have female breast now i cont hide. Danielle. Most men & women disaminate against me. Threat me at i have a phage in i would have never agreed to hormons. knowi i would not get the needed surgey. I'm not treated as a men or women, i am cast off. Fit in no where (See cases) Estelle V. Gamble — 429 U.S. 97 104-105 (1976) Farmer V. Brennen 511 U.S. — 825, 833 (1994) Hope V. Pelzer 536, US 730, 737 (2002) Smith V. Cochran, 339 F3d 1205 1212 -13 (10th Cir. 2003. Why would prison officials damage my body do to not grently me gender confirtive surgery?

They Started this.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No

If no, explain why not:

Today 11-6-23. Sent above court receipt of acceptance of grievance. will send replyips.

Is the grievance process completed?   ☐ Yes   ☑ No

If no, explain why not:

This will again be another grievance i have typed to file. Sent Eastern District Receipt of the Begini of grievance 11-7-23 will send rest.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I want laser hair face removal, Bottom gender confirming Surgery

To only legaly add le to my first name

DANielle Blaine Parsons

Change my gender on record after Surgery.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☐ Yes  ☐ No

If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Rev. 10/2015 Prisoner Complaint

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Dated

Plaintiff's Signature

Printed Name

Prison Identification #

Prison Address          City          State     Zip Code